**J.D., by his next friends; Mark Davis; Tammy Davis, Plaintiffs— Appellants,**

v.

**KANAWHA COUNTY BOARD OF EDUCATION, Defendant— Appellee.**

No. 08–1239.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 7, 2009.

Decided: Dec. 17, 2009.

Mark Davis, Tammy Davis, Appellants Pro Se.  Vaughn Sizemore, Bailey & Wyant, PLLC, Charleston, West Virginia, for Appellee.

Before WILKINSON, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark and Tammy Davis appeal the district court's order entering judgment in

favor of the Kanawha County Board of Education on their claims under the Individuals with Disabilities Education Act, 20 U.S.C.A. §§ 1400–1482 (West 2000 & Supp.2009); 42 U.S.C. § 1983 (2006); the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 (2006); the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701–7961 (2006), and the West Virginia Human Rights Act, W. Va.Code Ann. §§ 5–11–1 to 5–11–21 (LexisNexis 2006 & Supp.2009). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment.[*] *See Davis v. Kanawha County Bd. of Educ.,* No. 2:06–cv–00167 (S.D.W.Va. Jan. 11, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

[*] We previously affirmed the portion of the district court's judgment granting the Davis's attorney's fees. *See J.D. ex rel. Davis v. Kana-wha County Bd. of Educ.,* 571 F.3d 381 (4th Cir.2009).